1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3  SAN JOSE DIVISION

4

5  KLARA BESS,

   Plaintiff,

6

   v.

7

   JEREMY FOY, et al.,

8

   Defendants.

9

Case No. 5:19-cv-02012-EJD

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 33

10    Plaintiff Klara Bess, proceeding pro se, filed her initial complaint on April 15, 2019.  Dkt.

11  No. 1.  Defendants moved to dismiss the original complaint on September 16, 2019.  Dkt. No. 24.

12  Ms. Bess filed a Corrected First Amended Complaint on October 8, 2019 and the next day, the

13  Court ruled that filing to be the operative complaint.  Dkt. Nos. 29, 30.  On October 31, 2019,

14  Defendants moved to dismiss the First Amended Complaint and noticed January 23, 2020 as the

15  hearing date.  Dkt. No. 33.  The deadline to file an opposition to the Motion to Dismiss was

16  November 14, 2020.  To date, Ms. Bess has not filed a response to the Motion to Dismiss.

17    Accordingly, the court sets a deadline of February 3, 2020 for Ms. Bess to file a written

18  response showing why this case should not be dismissed.  The court will hold a hearing on this

19  order and Ms. Bess's response at 1:30 p.m. on February 13, 2020.  Failure by Ms. Bess to file a

20  written response to this order or to attend the hearing may result in dismissal of the case.  The

21  hearing set for January 23, 2020 is vacated.

22    **IT IS SO ORDERED.**

23  Dated: January 15, 2020

24
    _____

25  EDWARD J. DAVILA
    United States District Judge

26

27

28  Case No. 5:19-cv-02012-EJD
    ORDER TO SHOW CAUSE

1